IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

MICHELLE M. WEST, )
)
        Plaintiff, ) TC-MD 140309N
)
    v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
        Defendant. ) **FINAL DECISION**

This Final Decision incorporates without change the court's Decision entered on August 4, 2014. The court did not receive a request for an award of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 19.

This matter is before the court on Defendant's Answer filed August 1, 2014. Plaintiff filed her Complaint on June 30, 2014, requesting that the "2012 Oregon tax return that generated a $422 child and dependent care credit carry forward to 2013." (Ptf's Compl at 1.) In its Answer, Defendant agreed "Plaintiff is allowed a [child and dependent care credit] carry forward of $422." (Def's Ans at 1.) Because the parties are in agreement, the case is ready for decision. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's $422 child and dependent care credit from 2012 carry forward to 2013.

/ / /

/ / /

/ / /

/ / /

/ / /

FINAL DECISION TC-MD 140309N         1

IT IS FURTHER DECIDED that Defendant shall cancel its Notice of Proposed

Adjustment and/or Distribution dated March 21, 2014.

Dated this ____ day of August 2014.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Final Decision or this Final Decision cannot be changed.*

*This Final Decision was signed by Magistrate Allison R. Boomer on August 25, 2014. The Court filed and entered this Final Decision on August 25, 2014.*